No. 83–1400. BISCAYNE FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* FEDERAL HOME LOAN BANK BOARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–1407. LANGUIRAND *v.* CITY OF PASS CHRISTIAN, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 83–1420. GAMMAL *v.* HAMROCK ET AL. C. A. 1st Cir. Certiorari denied.

No. 83–1426. MCKISSICK PRODUCTS CO. ET AL. *v.* DONOVAN, SECRETARY OF LABOR. C. A. 10th Cir. Certiorari denied.

No. 83–1445. HAMPSHIRE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1457. RIVERA-RAMIREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1470. MID-SOUTH GRIZZLIES ET AL. *v.* NATIONAL FOOTBALL LEAGUE. C. A. 3d Cir. Certiorari denied.

No. 83–1536. ELLIOTT ET AL. *v.* GROUP HOSPITAL SERVICE, INC. C. A. 5th Cir. Certiorari denied.

No. 83–1617. COLEMAN *v.* AMERICAN CYANAMID CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–1621. DETROIT PLASTIC MOLDING CO. *v.* USM CORP. C. A. 6th Cir. Certiorari denied.

No. 83–1626. JOHNSON *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 83–1631. KNEELAND *v.* BLOOM TOWNSHIP HIGH SCHOOL DISTRICT NO. 206 ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–1637. DRAPER *v.* UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 387, ET AL. C. A. 6th Cir. Certiorari denied.